HERBERT ENGEL, Respondent, v. MORRIS GLICK, Doing Business as MURRAY GLICK AUTO SALES CO., et al., Appellants.—

The accident occurred on the grounds of the Monticello Hospital in Sullivan County, while the plaintiff was visiting a patient at the hospital. After the accident plaintiff was admitted to the hospital and treated by its doctors. Under the circumstances here, there should be a change of venue from the urban county of Queens to the rural county of Sullivan, because: (1) the material witnesses to the accident, the hospital doctors who treated the plaintiff and the hospital records are in Sullivan County; (2) a transitory action should generally be tried in the county where it arose; and (3) in view of the comparative calendar conditions, a trial may be had in Sullivan County much earlier than in Queens County. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

ELLEN J. ERIKSEN, Respondent, v. ELLEN M. SCHILLER, Appellant.—

No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.